# IN THE SUPREME COURT OF THE STATE OF NEVADA

DESIREE LUCIDO,
                          Appellant,
                    vs.
BRETT BIAVA,
                          Respondent.

No. 75490

FILED

APR 30 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
      DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a post-judgment motion for an order to show cause for sanctions, for change of custody, and for attorney fees in a child custody matter. Eighth Judicial District Court, Family Court Division, Clark County; Cynthia Dianne Steel, Judge.

Our initial review of the documents before this court reveals a jurisdictional defect. It appears the notice of appeal was prematurely filed. *See* NRAP 4(a)(6). It appears that appellant timely filed a motion for reconsideration of the challenged order on February 27, 2018. *See AA Primo Builders, LLC v. Washington*, 126 Nev. 578, 585, 245 P.3d 1190, 1194-95 (2010) (explaining when a motion for reconsideration has a tolling effect under NRAP 4(a)(4)(C)). The notice of appeal was filed on March 26, 2018, before the tolling motion was resolved by the district court. To date, it

18-16241

appears that the tolling motion remains pending below. This court may dismiss a premature appeal. *See* NRAP 4(a)(6). Accordingly, we

ORDER this appeal DISMISSED

_____ Pickering, J.
Pickering

_____ J.
Gibbons

_____, J.
Hardesty

cc:  Hon. Cynthia Dianne Steel, District Judge, Family Court Division
Desiree Lucido
Brett Biava
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2